UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

Cr. No. 5:17-cr-00148-H-1

Plaintiff,

v.                                              ORDER TO SEAL

JUSTIN LAWRENCE DANIEL,

Defendant.

_____/

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 23 in

the above-captioned case be sealed.

This the 10th day of October, 2017.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE