IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17CR00148-001H

UNITED STATES OF AMERICA, )
                              )
              Plaintiff, )
                              )
       v.               )
                              )
JUSTIN LAWRENCE DANIEL, )      ORDER TO UNSEAL
                              )
            Defendant, )
                              )
       v.               )
                              )
OLD MAIN PHARMACY, )
                              )
             Garnishee. )

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [DE #38] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE #54] in the above-captioned case be unsealed.

This the   15   day of February 2018.

*[signature]*

MALCOLM J. HOWARD
Senior United States District Judge