IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17CR00148-001H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| JUSTIN LAWRENCE DANIEL, ) | ORDER TO UNSEAL |
| Defendant, ) | |
| v. ) | |
| EDWARD JONES, ) | |
| Garnishee. ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [DE #32] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE #52] in the above-captioned case be unsealed.

This the 5TH day of February 2018.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE