IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-148-1H

UNITED STATES OF AMERICA,            )
                                     )
                                     )
                                     )
        v.                           )
                                     )        **ORDER**
                                     )
JUSTIN LAWRENCE DANIEL,              )
                                     )
        Defendant.                   )
                                     )

This matter is before the court on a letter from defendant
and filing of exemptions form and request for hearing.
Specifically, defendant objects to the garnishment of his
retirement accounts held at Edward Jones. The court finds
defendant's court-ordered restitution is due and payable
immediately and accordingly, the United States has statutory
authority to collect it from defendant's non-exempt assets,
including by way of garnishment, until the debt is paid in full.

Additionally, none of the statutory issues necessitating a hearing are present here, therefore, the request for hearing is DENIED.  Defendant's objections are rejected.

This __21__ day of May 2018.


Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26